# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

ALAN JACKSON

-vs-

RICHARD STALDER, ET AL.

CIVIL ACTION NO. 05-1413

JUDGE LITTLE

## JUDGMENT

Before the court is a report and recommendation of the magistrate [Doc. #19] suggesting that the motion filed by *pro se* plaintiff Alan Jackson ("Jackson"), construed as a motion for a temporary restraining order and preliminary injunction [#15], be denied. Jackson timely filed objections to the magistrate's report on 3 May 2006 [#21].[1] After full record review, this court adopts the reasoning and conclusion of the magistrate. Jackson's motion is DENIED AND DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

4 May 2006

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] This court shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made and may accept, reject, or modify, in whole or in part, the findings or recommendations by the magistrate. See 28 U.S.C. § 636(b)(1); LR 74.1W(B); United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989). The district court is not, however, required to reiterate the findings and conclusions of the magistrate if found to be correct. See Warren v. Miles, 230 F.3d 688, 694-95 (5th Cir. 2000); Koetting v. Thompson, 995 F.2d 37, 40 (5th Cir. 1993).