RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
ALEXANDRIA, LOUISIANA
DATE  10/27/06
BY ____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| ALAN JACKSON,<br>Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV05-1413-A |
| VERSUS | |
| RICHARD STALDER, et al.,<br>Defendants | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

### REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

Before the court is a civil rights complaint filed pursuant to 42 U.S.C. 1983, in forma pauperis, by pro se plaintiff Alan Jackson ("Jackson") on August 9, 2005. Jackson is presently incarcerated in the Winn Correctional Center in Winnfield, Louisiana.

On August 8, 2006, Jackson was ordered to complete and return to the Clerk of Court, within thirty days, one Form 285, two summonses, one copy of the original complaint, and one copy of the amended complaint for each defendant remaining in the above-captioned case. Jackson filed a motion for extension of time to comply with that order on August 15, 2006, which was granted; Jackson was given until October 8, 2006, to comply. Jackson was provided with copies of his original and amended complaints on September 1, 2006, and was again instructed as to how to proceed by the Clerk of Court on September 11, 2006. To date, Jackson has failed to comply with this court's order of August 8, 2006.

Accordingly,

IT IS RECOMMENDED that Jackson's complaint be DISMISSED WITHOUT PREJUDICE for failure to comply with an order of this

Court. See Rule 41(b) of the Federal Rules of Civil Procedure; Link v. Wabash Railroad Co., 370 U.S. 626, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962); Gonzalez v. Trinity Marine Group, Inc., 117 F.3d 894, 898 (5th Cir. 1997).

Under the provisions of 28 U.S.C. § 636(b)(1)(c) and Fed.R.Civ.P. 72(b), the parties have **ten (10) business days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **ten (10) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the district judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

THUS DONE AND SIGNED at Alexandria, Louisiana, on this _____ day of October, 2006.

JAMES D. KIRK
UNITED STATES MAGISTRATE JUDGE