U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

NOV 2 0 2006

ROBERT H. SHEMWELL, CLERK
BY _____
           DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ALAN JACKSON,<br>      Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. CV05-1413-A |
| VERSUS | |
| RICHARD STALDER, et al.,<br>      Defendants | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Jackson's complaint is DISMISSED WITHOUT PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 20th day of November, 2006.

JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE